PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Marcus Douyon Newton                               Cr.: 11-00073-001
                                                                     PACTS #: 46487

Name of Sentencing Judicial Officer:   THE HONORABLE NOEL L. HILLMAN
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/06/2012

Original Offense:   Bank Robbery By Force Or Violence

Original Sentence: 120 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Restitution - Money, Drug Treatment, Financial Disclosure, Mental Health Treatment, No New Debt/Credit, Reentry Center-Full-Time, Self-Employment/Business Disclosure, Alcohol Restrictions

Type of Supervision: Supervised Release                    Date Supervision Commenced: 03/29/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The offender has violated the special supervision condition which states **'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office shall supervise your compliance with this condition.'**

                     On May 12, 2020, Mr. Newton advised the undersigned officer that he had relapsed over the weekend and used crack. Not only did the offender admit to using crack, he immediately asked for help and told the undersigned officer he needs more random drug testing.

U.S. Probation Officer Action:

When the offender contacted the undersigned officer regarding his relapse he immediately asked for help. Since the offender has private insurance, he was able to secure a spot with an inpatient treatment facility,

Prob 12A – page 2
Marcus Douyon Newton

Daybreak Addiction Treatment Solutions, in Levittown, Pennsylvania. Daybreak is going to provide the offender with more individual counseling than group, which Mr. Newton told the undersigned officer when he is in group treatment, he knows how to manipulate the situation, so he does not have to address his own issues. He will be with Daybreak for approximately 28 days, unless they determine that he may need more time in treatment. Before the offender leaves the facility, the undersigned officer, the offender, and his treatment providers will work on a suitable discharge plan.

No formal Court action is recommended at this time. However, should the offender not follow the directives of his treatment provider, the undersigned officer, and/or continue to use illegal substances we will notify the Court accordingly.

Respectfully submitted,

*Bethany Crede*/sa

By:  Bethany Crede
     U.S. Probation Officer
Date:  05/13/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

s/ Noel L. Hillman, U.S.D.J
―――――――――――――――――――
Signature of Judicial Officer

5/18/2020
―――――――――――――――――――
Date